IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02375-RPM

ABRAHAM HAGOS,

    Applicant,

v.

RICK RAEMISCH, Executive Director,
JAMES FALK, Warden, Sterling Correctional Facility, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

_____

ORDER AMENDING ORDER DEFERRING MOTION FOR APPOINTMENT OF COUNSEL
_____

Yesterday, this Court entered an Order Deferring Motion for Appointment of Counsel and in that order directed the petitioner to respond to the Order to Show Cause on or before November 22, 2013.  At that time, this Court overlooked that the petitioner filed his Response to Order to Show Cause on October 31, 2013.  It is therefore

ORDERED that the order directing the response by November 22, 2013, is vacated.

DATED November 8th, 2013

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        RICHARD P. MATSCH, Senior Judge
                        United States District Court