IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02375-RPM

ABRAHAM HAGOS,

    Applicant,

v.

RICK RAEMISCH, Executive Director, Colorado Department of Corrections,
JAMES FALK, Warden, Sterling Correctional Facility, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.
_____

ORDER FOR STATE COURT RECORD
_____

After preliminary consideration of the Application for Writ of Habeas Corpus Filed Pursuant to 28 U.S.C. § 2254, it is

**ORDERED that within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in **People v. Abraham Hagos,** Denver County District Court Case No. 00CA3603, including all documents in the state court file and transcripts of all proceedings

conducted in the state court as well the following documentary evidence relevant to the asserted claims:

> All Jury instructions, including instructions tendered and refused (presently found in envelope #4, bailiff's report not needed)
>
> Exhibit 7 – motorcycle documents
>
> Exhibit 10 – motorcycle documents
>
> Exhibit 24 – apartment diagram (if oversized exhibit can be reduced and scanned)
>
> Exhibit 26(a) – spiral notebook (cover and pages with writing to be scanned)
>
> Exhibit 35 – handwritten note
>
> Exhibit 36 – photo of closet
>
> Exhibit 37 – photo of closet
>
> Exhibit 38 – photo of closet
>
> Exhibit 39 – photo of items in safe
>
> Exhibit 41 – photo of Hagos and his mother (to be scanned)
>
> Exhibit 47 – book (front cover to be scanned)
>
> Exhibit 49(a) – rental agreement
>
> Exhibit 53 – photo of items in safe
>
> Exhibit 54 – photo of items in safe

but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims. It is

FURTHER ORDERED that the Clerk of Court is directed to send copies of this order to the following:

    (1)    Clerk of the Court
               Denver District Court
               1437 Bannock Street Room 256
               Denver, CO 80202

    (2)    Court Services Manager
               State Court Administrator's Office
               1300 Broadway, Suite 1200
               Denver, Colorado 80203

DATED:   March 8, 2016, at Denver, Colorado.

                                    BY THE COURT

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch
                                    Senior United States District Judge