IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02375-RPM

ABRAHAM HAGOS,

    Applicant,

v.

RICK RAEMISCH, Executive Director, Colorado Department of Corrections,
JAMES FALK, Warden, Sterling Correctional Facility, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

_____

ORDER TO FILE ANSWER AND BRIEFING SCHEDULE
_____

    After preliminary consideration of the Application for Writ of Habeas Corpus Filed Pursuant to 28 U.S.C. § 2254, the Court has determined that an Answer is appropriate.

    Respondents are directed to file an Answer addressing any affirmative defenses such as exhaustion of state court remedies as well as the merits of the claims raised in the Application. In support of the Answer, Respondents should attach as exhibits relevant documents from the state court record.

Applicant may file a reply and attach as exhibits relevant documents from the state court record. Accordingly, it is

ORDERED that within thirty days after the filing of the state court record, Respondents shall file an Answer that complies with this Order. It is

FURTHER ORDERED that within thirty days of the filing of the Answer, the Applicant may file a reply if he desires.

DATED: March 8, 2016, at Denver, Colorado.

BY THE COURT

s/Richard P. Matsch

_____
Richard P. Matsch
Senior United States District Judge